UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 FEB -5 PM 12:47
S. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
| --- | --- | --- |
| | ) | |
| v. | ) | VIO: 18 U.S.C. §922(g)(1) |
| | ) | Possession of Firearms |
| LEON NATHAN DAVIS | ) | by a Convicted Felon |
| | ) | |
| Defendant. | ) | CR 115-017 |

**COUNT ONE**
(Possession of Firearms by a Convicted Felon)

THE GRAND JURY CHARGES THAT:

In or around the Spring of 2014, with the exact dates being unknown to the grand jury, in Richmond County, within the Southern District of Georgia, the defendant,

**LEON NATHAN DAVIS,**

who before that time had been convicted of a felony offense, an offense punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess in and affecting commerce, firearms, that is, one Mossberg Model 500, 12 gauge shotgun, serial number unknown, one Springfield Model XD45, .45 caliber pistol, serial number XD616342, one Springfield Model XDS45, .45 caliber pistol, serial number XS511615, one Spikes Tactical Model ST15, .223 caliber pistol, serial number SBR43756, one Spikes Tactical Model ST15, .223 caliber rifle, serial number unknown, four Palmetto State Armory AR-style, .223 caliber rifles, serial numbers unknown, two Anderson .223 caliber pistols, serial numbers unknown, one Mossberg Model 500, 12 gauge shotgun, serial number unknown and one Norinco Model SKS-style rifle,

serial number unknown, all of which had previously been transported in interstate commerce, in violation of 18 U.S.C. §922(g)(1).

A TRUE BILL.

Edward J. Tarver
United States Attorney

Brian T. Rafferty
Criminal Division Chief

James D. Durham
First Assistant United States Attorney

Carlton R. Bourne, Jr.
Assistant United States Attorney

** Lead counsel